JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYBN 4294443)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7296
    Facsimile: (415) 436-7234
    Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 10-502 JSW |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER FED. R. CRIM. 18 U.S.C. § 3161 |
| v. ) | |
| SANTOS CORTEZ, ) | |
| Defendant. ) | |

    On July 29, 2010, the parties in this case appeared before the Court for an initial appearance. At that time, the parties requested, and the Court agreed, to continue this matter for a further status on August 12, 2010. The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

    The defendant also agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the continuance was the

STIP. & [PROPOSED] ORDER EXCL. TIME
SANTOS CORTEZ; CR 10-502 JSW     1

1  reasonable time necessary for continuity of counsel and effective preparation.  18 U.S.C. §
2  3161(h)(7)(B)(iv).  The parties also agreed that the ends of justice served by granting such a
3  continuance outweighed the best interests of the public and the defendant in a speedy trial.  18
4  U.S.C. § 3161(h)(7)(A).
5  SO STIPULATED:

        JOSEPH P. RUSSONIELLO
        United States Attorney

9  DATED: August 3, 2010.         /s/
        BENJAMIN P. TOLKOFF
10         Assistant United States Attorney

12 DATED: August 3, 2010.         /s/
        ELIZABETH FALK
13         Attorney for SANTOS CORTEZ

14     For the reasons stated above, the Court finds that the continuation of this matter, and the
15 exclusion of time, from July 29, to August 12, 2010, is warranted and that the ends of justice
16 served by the continuance outweigh the best interests of the public and the defendant in a speedy
17 trial. 18 U.S.C. §3161 (h)(7)(A).  The failure to grant the requested continuance would deny the
18 defendant effective preparation of counsel, and would result in a miscarriage of justice.  18
19 U.S.C. §3161(h)(7)(B)(iv).

21 SO ORDERED.

23 DATED: August 4, 2010         /s/ Jeffrey S. White
        HONORABLE JEFFREY S. WHITE
24         United States District Court Judge